UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

08cv4285
JUDGE SHADUR
MAG. JUDGE NOLAN

**Plaintiff(s):** MICHAEL ANTHONY NELSON

**Defendant(s):** HARRIS TRUST AND SAVINGS BANK, N.A., et al.

**County of Residence:** KANKAKEE

**County of Residence:**

**Plaintiff's Address:**
Michael Anthony Nelson
#398001
Kankakee - JCDC
3050 Justice Way
Kankakee, IL 60901

**Defendant's Attorney:**

FILED
J.N
JUL 29 2008
JUL 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [x] No

**Signature:**   **Date:** 7/29/08