UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL ANTHONY NELSON,

   PLAINTIFF

V.

   08cv4285
   JUDGE SHADUR
   MAG. JUDGE NOLAN

HARRIS TRUST AND SAVINGS BANK, N.A.
HARRIS, NA
DAVID J. CRAWFORD
MARY BIRON
HORACIO J. ISAIS
GLORIA BATES
BRANCH MANAGER AT HARRIS TRUST AND SAVINGS BANK. CICERO, N.A.
UNKNOWN OWNERS + SHAREHOLDERS OF HARRIS TRUST AND SAVINGS BANK, N.A.

   DEFENDANT(S)

## IFP PETITION

I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT, BECAUSE OF MY POVERTY, I

PETITION THIS COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS, WITHOUT PREPAYMENT OF PRE-SCRIBED FEES. I ATTACH THE FINANCIAL AFFIDAVIT AND SWEAR OR AFFIRM UNDER PENALTY OF PERJURY UNDER UNITED STATES LAWS THAT MY ANSWERS ARE TRUE AND CORRECT (28 U.S.C. 1746; 18 U.S.C. 1621.)

SIGNED: _____ Michael A. Nelson, Plaintiff
DATED: July 19, 2008

1-4.) I AM A PRISONER, CURRENTLY IN THE CUSTODY OF THE JEROME COMBS DETENTION CENTER ("JCDC") IN KANKAKEE, ILLINOIS LOCATED AT 3050 JUSTICE WAY, KANKAKEE, ILLINOIS, 60901. I HAVE BEEN IN CUSTODY OF JCDC SINCE OCTOBER 18, 2007. PREVIOUSLY BEFORE BEING IN THE CUSTODY OF JCDC I WAS IN THE CUSTODY OF THE METROPOLITAN CORRECTIONAL CENTER IN CHICAGO, ILLINOIS FROM MAY 3, 2006 UNTIL MY TRANSFER TO JCDC ON OCTOBER 18, 2007.

I HAVE ATTACHED THE LAST SIX MONTHS OF MY INSTITUTIONAL ACCOUNT AT JCDC, WHICH IS A CERTIFIED STATEMENT FROM JCDC WHICH HAS BEEN NOTARIZED BY GLORIA LOCHNER, BUSINESS OFFICE MANAGER FOR JCDC. WHICH SHOWS ALL RECEIPTS, EXPENDITURES, AND BALANCES DURING THE LAST SIX MONTHS IN MY INSTITUTIONAL ACCOUNT AT JCDC.

5) REGARDING ASSETS, AND THEIR VALUES, WHICH I OWN OR SPOUSE OWNS. I DO NOT HAVE ANY ASSETS, NOR DO I HAVE A SPOUSE. ALSO ENCLOSED PAGES FROM MY PRESENTENCE INVESTIGATION REPORT IN A CRIMINAL CASE PREPARED ON DECEMBER 27, 2007 BY KELLY KWONG, UNITED STATES PROBATION OFFICER IN CRIMINAL CASE NO. 06 CR 5. WHICH WAS

APPROVED AND VERIFIED BY E.J. TOLLE, SUPERVISING UNITED STATES PROBATION OFFICER FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION (GROUP EXHIBIT 1). GROUP EXHIBIT 1 ALSO SHOWS MY EMPLOYMENT RECORD FROM 1992 TO APRIL 19, 2006, THE DAY OF MY ARREST AND PLACEMENT INTO CUSTODY OF THE UNITED STATES MARSHAL SERVICE.

6.) I DO NOT EXPECT ANY MAJOR CHANGES TO MY MONTHLY INCOME OR ASSETS WITHIN THE NEXT 12 MONTHS. BECAUSE THE PLAINTIFF SUFFERS FROM A TERMINAL MEDICAL CONDITION, CHANGES IN MY MONTHLY EXPENSES DO INCREASE OFTEN WHICH IS SHOWN BY THE NEGATIVE ACCOUNT BALANCES PREVIOUSLY IN MY JCDC COMMISSARY ACCOUNT. OFTEN MY COMMISSARY BALANCES WILL BE IN THE NEGATIVE FOR PAYMENT OF DOCTOR VISITS AND MEDICATION.

7.) I HAVE NOT PAID, NOR WILL BE PAYING AN ATTORNEY ANY MONEY FOR SERVICES IN CONNECTION WITH THIS CIVIL CASE, INCLUDING THE COMPLETION OF THIS MOTION. I HAVE NOT PAID, NOR WILL BE PAYING ANYONE (SUCH AS AN ATTORNEY, PARALEGAL, OR A TYPIST) ANY MONEY FOR SERVICES IN CONNECTION WITH THIS CIVIL CASE, INCLUDING THE COMPLETION OF THIS MOTION.

8.) THE ADDRESS OF MY LEGAL RESIDENCE IS: 908 ROSEMAN COURT, ORLANDO, FLORIDA 32811.

I ATTACH THIS FINANCIAL AFFIDAVIT AND SWEAR OR AFFIRM UNDER PENALTY OF PERJURY UNDER UNITED STATE LAWS THAT MY ANSWERS ARE TRUE AND CORRECT (28 U.S.C. 1746; 18 U.S.C. 1621.)

Signed: _____ Michael A. Nelson
July 19, 2008

# Resident Transaction Details

Transactions From 1/15/2008 To 7/15/2008

## 398001 : NELSON, MICHAEL A
FLEX C

Main Balance: $279.09

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 428192 | 7/14/2008 | Add | | | Check# 2217593 CC PYMT  JD | $200.00 | $279.09 |
| 428102 | 7/14/2008 | BillPay | | | PAYMENT FOR TRANS 428101 | -$5.00 | $79.09 |
| 428101 | 7/14/2008 | Bill | $5.00 | $5.00 | Over the Counter Drugs : 3 | | $79.09 |
| 427811 | 7/11/2008 | BillPay | | | PAYMENT FOR TRANS 427810 | -$2.52 | $84.09 |
| 427810 | 7/11/2008 | Bill | $2.52 | $2.52 | postage : POSTAGE FOR 2 ENVELOPES | | $84.09 |
| 427404 | 7/10/2008 | BillPay | | | PAYMENT FOR TRANS 427403 | -$31.75 | $86.61 |
| 427403 | 7/10/2008 | Bill | $31.75 | $31.75 | Commissary : COMMISSARY 7/10/2008 REF:978 | | $86.61 |
| 426957 | 7/10/2008 | BillPay | | | PAYMENT FOR TRANS 426956 | -$1.68 | $118.36 |
| 426956 | 7/10/2008 | Bill | $1.68 | $1.68 | postage : 3 | | $118.36 |
| 426955 | 7/10/2008 | BillPay | | | PAYMENT FOR TRANS 426954 | -$1.26 | $120.04 |
| 426954 | 7/10/2008 | Bill | $1.26 | $1.26 | postage : 3 | | $120.04 |
| 426953 | 7/10/2008 | BillPay | | | PAYMENT FOR TRANS 426952 | -$1.26 | $121.30 |
| 426952 | 7/10/2008 | Bill | $1.26 | $1.26 | postage : 3 | | $121.30 |
| 426794 | 7/10/2008 | BillPay | | | PAYMENT FOR TRANS 426793 | -$1.26 | $122.56 |
| 426793 | 7/10/2008 | Bill | $1.26 | $1.26 | postage : 3 | | $122.56 |

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 425679 | 7/7/2008 | BillPay | | | PAYMENT FOR TRANS 425678 | -$1.98 | $123.82 |
| 425678 | 7/7/2008 | Bill | $1.98 | $1.98 | postage : 3 | | $123.82 |
| 423578 | 7/1/2008 | BillPay | | | PAYMENT FOR TRANS 423577 | -$1.68 | $125.80 |
| 423577 | 7/1/2008 | Bill | $1.68 | $1.68 | postage : 3 | | $125.80 |
| 423348 | 6/30/2008 | BillPay | | | PAYMENT FOR TRANS 423347 | -$1.68 | $127.48 |
| 423347 | 6/30/2008 | Bill | $1.68 | $1.68 | postage : 3 | | $127.48 |
| 423346 | 6/30/2008 | BillPay | | | PAYMENT FOR TRANS 423345 | -$1.68 | $129.16 |
| 423345 | 6/30/2008 | Bill | $1.68 | $1.68 | postage : 3 | | $129.16 |
| 423178 | 6/30/2008 | Add | | | Check# 2177070<br>CC PYMT  BN | $75.00 | $130.84 |
| 422618 | 6/26/2008 | BillPay | | | PAYMENT FOR TRANS 422617 | -$50.12 | $55.84 |
| 422617 | 6/26/2008 | Bill | $50.12 | $50.12 | Commissary : COMMISSARY 6/26/2008 REF:968 | | $55.84 |
| 420621 | 6/20/2008 | BillPay | | | PAYMENT FOR TRANS 420620 | -$2.11 | $105.96 |
| 420620 | 6/20/2008 | Bill | $2.11 | $2.11 | postage : 3 | | $105.96 |
| 420225 | 6/19/2008 | BillPay | | | PAYMENT FOR TRANS 420224 | -$10.00 | $108.07 |
| 420224 | 6/19/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $108.07 |
| 420000 | 6/19/2008 | BillPay | | | PAYMENT FOR TRANS 419999 | -$51.65 | $118.07 |
| 419999 | 6/19/2008 | Bill | $51.65 | $51.65 | Commissary : COMMISSARY 6/19/2008 REF:958 | | $118.07 |
| 419175 | 6/19/2008 | Add | | | MO# F402871<br>TH | $20.00 | $169.72 |
| 419008 | 6/18/2008 | BillPay | | | PAYMENT FOR TRANS 419007 | -$2.11 | $149.72 |
| 419007 | 6/18/2008 | Bill | $2.11 | $2.11 | postage : 3 | | $149.72 |
| 418335 | 6/17/2008 | BillPay | | | PAYMENT FOR TRANS 418334 | -$10.00 | $151.83 |
| 418334 | 6/17/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $151.83 |
| 418077 | 6/17/2008 | Add | | | MO# 68040235329<br>LB | $20.00 | $161.83 |

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 418042 | 6/17/2008 | Add | | | Check# 2146463 CC PYMT BN | $50.00 | $141.83 |
| 417395 | 6/12/2008 | BillPay | | | PAYMENT FOR TRANS 417394 | -$10.00 | $91.83 |
| 417394 | 6/12/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $91.83 |
| 417176 | 6/12/2008 | BillPay | | | PAYMENT FOR TRANS 417175 | -$18.55 | $101.83 |
| 417175 | 6/12/2008 | Bill | $18.55 | $18.55 | Commissary : COMMISSARY 6/12/2008 REF:945 | | $101.83 |
| 415166 | 6/6/2008 | BillPay | | | PAYMENT FOR TRANS 415165 | -$15.00 | $120.38 |
| 415165 | 6/6/2008 | Bill | $15.00 | $15.00 | Doctor Visit : 3 | | $120.38 |
| 414752 | 6/5/2008 | BillPay | | | PAYMENT FOR TRANS 414751 | -$52.67 | $135.38 |
| 414751 | 6/5/2008 | Bill | $52.67 | $52.67 | Commissary : COMMISSARY 6/5/2008 REF:930 | | $135.38 |
| 414335 | 6/5/2008 | BillPay | | | PAYMENT FOR TRANS 414334 | -$10.00 | $188.05 |
| 414334 | 6/5/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $188.05 |
| 413042 | 6/3/2008 | BillPay | | | PAYMENT FOR TRANS 403634 TO Over the Counter Drugs : 3 : PAID IN FULL | -$24.78 | $198.05 |
| 413041 | 6/3/2008 | BillPay | | | PAYMENT FOR TRANS 396917 TO Over the Counter Drugs : 3 : PAID IN FULL | -$24.74 | $198.05 |
| 413040 | 6/3/2008 | BillPay | | | PAYMENT FOR TRANS 382174 TO Over the Counter Drugs : 3 : PAID IN FULL | -$2.66 | $198.05 |
| 413039 | 6/3/2008 | Add | | | MO# 3045894 FN | $250.00 | $198.05 |
| 412032 | 5/29/2008 | BillPay | | | PAYMENT FOR TRANS 412031 | -$5.02 | -$51.95 |
| 412031 | 5/29/2008 | Bill | $5.02 | $5.02 | Commissary : COMMISSARY 5/29/2008 REF:919 | | -$51.95 |
| 409959 | 5/22/2008 | BillPay | | | PAYMENT FOR TRANS 409958 | -$19.87 | -$46.93 |
| 409958 | 5/22/2008 | Bill | $19.87 | $19.87 | Commissary : COMMISSARY 5/22/2008 REF:917 | | -$46.93 |
| 408589 | 5/19/2008 | BillPay | | | PAYMENT FOR TRANS 382174 TO Over the Counter Drugs : 3 | -$25.00 | -$27.06 |
| 408588 | 5/19/2008 | Add | | | Check# 2070922 | $50.00 | -$27.06 |

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| | | | | | CC PYMT BN | | |
| 407765 | 5/15/2008 | BillPay | | | PAYMENT FOR TRANS 407764 | -$0.10 | -$77.06 |
| 407764 | 5/15/2008 | Bill | $0.10 | $0.10 | Commissary : COMMISSARY 5/15/2008 REF:913 | | -$77.06 |
| 403635 | 5/2/2008 | BillPay | | | PAYMENT FOR TRANS 403634 | -$0.22 | -$76.96 |
| 403634 | 5/2/2008 | Bill | $25.00 | $25.00 | Over the Counter Drugs : 3 | | -$76.96 |
| 403206 | 5/1/2008 | BillPay | | | PAYMENT FOR TRANS 403205 | -$27.31 | -$51.96 |
| 403205 | 5/1/2008 | Bill | $27.31 | $27.31 | Commissary : COMMISSARY 5/1/2008 REF:905 | | -$51.96 |
| 401883 | 4/29/2008 | BillPay | | | PAYMENT FOR TRANS 401882 | -$10.00 | -$24.65 |
| 401882 | 4/29/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | -$24.65 |
| 400295 | 4/24/2008 | BillPay | | | PAYMENT FOR TRANS 382174 TO Over the Counter Drugs : 3 | -$2.30 | -$14.65 |
| 400294 | 4/24/2008 | BillPay | | | PAYMENT FOR TRANS 372083 TO Over the Counter Drugs : 3 : PAID IN FULL | -$29.93 | -$14.65 |
| 400293 | 4/24/2008 | BillPay | | | PAYMENT FOR TRANS 363827 TO Over the Counter Drugs : 3 : PAID IN FULL | -$4.26 | -$14.65 |
| 400292 | 4/24/2008 | BillPay | | | PAYMENT FOR TRANS 363807 TO Over the Counter Drugs : 3 : PAID IN FULL | -$1.01 | -$14.65 |
| 400291 | 4/24/2008 | Add | | | Check# 2007624 | $75.00 | -$14.65 |
| | | | | | CC PYMT BN | | |
| 396918 | 4/15/2008 | BillPay | | | PAYMENT FOR TRANS 396917 | -$0.26 | -$89.65 |
| 396917 | 4/15/2008 | Bill | $25.00 | $25.00 | Over the Counter Drugs : 3 | | -$89.65 |
| 391007 | 3/27/2008 | BillPay | | | PAYMENT FOR TRANS 391006 | -$13.33 | -$64.65 |
| 391006 | 3/27/2008 | Bill | $13.33 | $13.33 | Commissary : COMMISSARY 3/27/2008 REF:869 | | -$64.65 |
| 388650 | 3/20/2008 | BillPay | | | PAYMENT FOR TRANS 388649 | -$10.30 | -$51.32 |
| 388649 | 3/20/2008 | Bill | $10.30 | $10.30 | Commissary : COMMISSARY 3/20/2008 REF:859 | | -$51.32 |
| 386124 | 3/13/2008 | BillPay | | | PAYMENT FOR TRANS 386123 | -$20.15 | -$41.02 |
| 386123 | 3/13/2008 | Bill | $20.15 | $20.15 | Commissary : COMMISSARY 3/13/2008 REF:849 | | -$41.02 |

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 385291 | 3/12/2008 | BillPay | | | PAYMENT FOR TRANS 385290 | -$3.28 | -$20.87 |
| 385290 | 3/12/2008 | Bill | $3.28 | $3.28 | postage : 3 | | -$20.87 |
| 383286 | 3/6/2008 | BillPay | | | PAYMENT FOR TRANS 383285 | -$2.46 | -$17.59 |
| 383285 | 3/6/2008 | Bill | $2.46 | $2.46 | postage : SCOTT DRERY ASSIST. UNITED STATES ATTORNEY | | -$17.59 |
| 383123 | 3/6/2008 | BillPay | | | PAYMENT FOR TRANS 363807 TO Over the Counter Drugs : 3 | -$22.51 | -$15.13 |
| 383122 | 3/6/2008 | BillPay | | | PAYMENT FOR TRANS 363805 TO Over the Counter Drugs : 3 : PAID IN FULL | -$27.04 | -$15.13 |
| 383121 | 3/6/2008 | BillPay | | | PAYMENT FOR TRANS 360950 TO Doctor Visit : 3 : PAID IN FULL | -$0.45 | -$15.13 |
| 383120 | 3/6/2008 | Add | | | Check# 1890759 CC PYMT BN | $100.00 | -$115.13 |
| 382175 | 3/4/2008 | BillPay | | | PAYMENT FOR TRANS 382174 | -$0.04 | -$115.13 |
| 382174 | 3/4/2008 | Bill | $30.00 | $30.00 | Over the Counter Drugs : 3 | | -$85.13 |
| 372084 | 2/4/2008 | BillPay | | | PAYMENT FOR TRANS 372083 | -$0.07 | -$85.13 |
| 372083 | 2/4/2008 | Bill | $30.00 | $30.00 | Over the Counter Drugs : 3 | | -$55.13 |
| 371336 | 1/31/2008 | BillPay | | | PAYMENT FOR TRANS 371335 | -$6.51 | -$55.13 |
| 371335 | 1/31/2008 | Bill | $6.51 | $6.51 | Commissary : COMMISSARY 1/31/2008 REF:800 | | -$48.62 |
| 369355 | 1/28/2008 | PayVoid | | | VOID TRANS 362593 | $5.92 | -$48.62 |
| 369354 | 1/28/2008 | BillVoid | $25.00 | $5.92 | VOID TRANS 362592 : VOID PER NURSE | | |

OFFICIAL SEAL
GLORIA LOCHNER
Notary Public – State of Illinois
My Commission Expires Dec. 28, 2009

*[signature: Gloria Lochner]*

765  Information received from Ashworth University, dated June 21, 2007, reflects that as of February 26,
766  2007, the defendant is enrolled in the psychology program as an active student. However, the
767  defendant completed no lessons and does not currently merit a grade point average. The defendant
768  provided the probation office with copies of transcripts from Ashworth University reflecting the
769  completion of courses. An updated letter received from Ashworth University, dated November 26,
770  2007, reflects that the defendant's "academic program has progressed beyond the introductory course.
771  The student has earned a final grade of 97% for that course."

772  With respect to the defendant's military history, the defendant noted that he passed the "ASFAB" test
773  and was enrolled in the Navy's delayed enlistment program (unverified). However, the defendant was
774  discharged before the start of boot camp.

775  Employment Record

776  The defendant deferred the undersigned to his written submission regarding his employment history.
777  Tax transcripts were requested from the Internal Revenue Service (IRS) for tax years 2003, 2004, and
778  2005. The IRS has no record of tax information for these years.

779  April 19, 2006 to Present (Verified).

780  The defendant has been detained in federal custody since his arrest in this case. While detained at the
781  MCC, the defendant was reportedly involved in various activities, including service as an instructor
782  for the recreation department.

783  December 2005 to April 18, 2006 (Unverified).

784  The defendant tried to start a prison ministry in Orlando, Florida, to assist incarcerated federal
785  inmates in "the areas of rehabilitation, bible study programs (from a Judaism perspective) and
786  educational programs."

787  The defendant relocated to Atlanta, Georgia, and then to Los Angeles, California. The defendant
788  provided consulting and contract work in the areas of business, finance, legal support, and taxes for
789  entrepreneurs and small businesses. The defendant reported that he did not receive a salary, but paid
790  living expenses from the business income earned, which averaged $500 to $1,000 weekly.

791  January 14, 2005 to December 23, 2005 (Verified).

792  Information from the Bureau of Prisons reflects that the defendant was in continual federal custody,
793  but transferred to several different facilities during the above time period.

*Group Exhibit 1*

28

NELSON, Michael
Docket No. 06 CR 5-1

| | |
|---|---|
| 794 | March 2004 to January 2005 (Unverified). |
| 795 796 | The defendant was able to pay for living expenses through the income he earned from Cano Publishing Company. He estimated his average earnings as approximately $500 to $1,000 weekly. |
| 797 798 799 | From October 1998 to February 9, 2004, the defendant reported that he was incarcerated in the Bureau of Prisons during the above time period. However, information from the Bureau of Prisons reflects that he was detained from December 2, 1998, until his release on February 9, 2004. |
| 800 801 802 803 804 | From approximately 1992 to 1998, the defendant was reportedly self-employed, using the company name of United Corporate Management Corporation. He provided consulting and contract work in the areas of business, finance, and taxes for entrepreneurs and small businesses (unverified). The defendant reported that his "business practices" during 1997 led to a federal investigation and his arrest on October 6, 1998. His average earnings were $500 to $1,000 weekly. |
| 805 806 807 808 809 | Information from the defendant's presentence report (Docket No. 98-253-CR-ORL-18B) reflects that the defendant was a self-employed consultant in Miami, Florida, between 1992 and 1994. Between 1994 and 1996, the defendant operated United Corporate Management Corporation. Beginning in 1996, the defendant was self-employed and operated Nelson, Gilbert, and Manuel, a consultant management company. |
| 810 | Financial Condition: Ability to Pay |
| 811 812 813 | The defendant completed and signed a declaration of net worth and cash flow statements. The defendant is single and does not have any dependents. The following assets and debts are held individually by the defendant. |
| 814 815 | Information listed below as unsecured debts was obtained and verified through the defendant's Experian credit report dated June 11, 2007. |
| 816 | **Assets** |
| 817 | **Cash** |

| | | | |
|---|---|---|---|
| 818 | Bank of America Accounts (Note A) | $ | 0.00 |
| 819 | Subtotal: | $ | 0.00 |
| 820 | Total Assets: | $ | 0.00 |

*Group Exhibit 1*

NELSON, Michael
Docket No. 06 CR 5-1

| 821 | **Unsecured Debts** | | |
|---|---|---|---|
| 822 | U.S. Department of Education (Collection) | $ | 8,253.00 |
| 823 | State of Maryland (Collection University College) | $ | 4,242.00 |
| 824 | **Total Unsecured Debts:** | $ | 12,495.00 |
| 825 | **NET WORTH:** | ($ | 12,495.00) |

826  Note A: The defendant reported having a personal savings and checking account at Bank of America
827  in Altamonte Springs, Florida; however, he does not know the balances. As of this writing, the
828  undersigned has not received any information from the bank to determine the balances in the two
829  accounts.

830  Analysis

831  In addition to the above financial information, the defendant reported that he owes $774 to Ashworth
832  University in Norcross, Georgia, and that the monthly payment due is $39. This debt is not reflected
833  on the defendant's credit history report.

834  The defendant has a reported negative net worth of $12,495. The defendant reported no income and,
835  due to his detention, he has no living expenses. Mandatory restitution in the total amount of
836  $721,507.06 is owed. The defendant does not appear to have the ability to make a lump-sum payment
837  towards restitution. However, the defendant is facing a period of incarceration and could contribute
838  towards a fine while incarcerated, through the Inmate Financial Responsibility Program, and continue
839  thereafter while on supervised release. Due to the amount of restitution owed in this case, the
840  defendant does not appear to have the ability to pay a fine.

841  **PART D. SENTENCING OPTIONS**

842  Custody

843  **Statutory Provisions:** The maximum term of imprisonment on each of Counts One through Five is
844  30 years, pursuant to 18 U.S.C. §1344.

845  **Guideline Provisions:** Based on a total offense level of 31 and a criminal history category of V, the
846  guideline range for imprisonment is 168 to 210 months.


Group Exhibit 1

NELSON, Michael
Docket No. 06 CR 5-1

901  PART E. FACTORS THAT MAY WARRANT DEPARTURE

902  The probation officer has no information concerning the offense or the offender which would warrant
903  a departure from the prescribed sentencing guidelines.

904                                              Respectfully submitted,
905                                              Richard L. Tracy
906                                              Chief U. S. Probation Officer

907                                        by   *Kelly Kwong (ejt)*
908                                              Kelly Kwong
909                                              U. S. Probation Officer

910  Approved:

911  *E.J. Tolle*
912  E.J. Tolle
913  Supervising U. S. Probation Officer

914  KK:kk

915  Attachments:  Government's Version
916                      (Including Victim Impact Statement & Attachments)
917                  Defendant's Version

Group Exhibit 1

PLEASE SERVE THE FOLLOWING DEFENDANTS AT THE FOLLOWING ADDRESSES:

HARRIS TRUST AND SAVINGS BANK, N.A.; 111 WEST MONROE; CHICAGO, ILLINOIS, 60603

DAVID J. CRAWFORD; 111 WEST MONROE; CHICAGO, ILLINOIS, 60603

MARY BIRON; 111 WEST MONROE, IIC; CHICAGO, ILLINOIS, 60603

HORACIO J. ISAIS; 111 WEST MONROE; CHICAGO, ILLINOIS, 60603

GLORIA BATES; 2903 SOUTH CICERO AVENUE; CICERO, ILLINOIS, 60804

BRANCH MANAGER AT HARRIS TRUST AND SAVINGS BANK CICERO, N.A.; 2903 SOUTH CICERO AVENUE; CICERO, ILLINOIS, 60804

UNKNOWN OWNERS & SHAREHOLDERS OF HARRIS TRUST AND SAVINGS BANK, N.A.; 111 WEST MONROE; CHICAGO, ILLINOIS, 60603

THANK YOU