# United States District Court, Northern District of Illinois

HHb

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4285 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Michael Anthony Nelson vs. Harris Trust and Savings Bank | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. Plaintiff's application to proceed in forma pauperis is granted. (3-1) Plaintiff is assessed an initial payment of $24.83 and the trust fund officer is directed to collect that amount and forward to the Clerk of Court. Monthly payments are to be collected each time the amount in the account exceeds $10 until the full $350 filing fee is paid. This Court dismisses without prejudice both Nelson's Complaint and this action for lack of subject matter jurisdiction.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | SN |
|---|---|---|